IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

GREGORY D. DEES                                                         PLAINTIFF

v.                              Civil No. 13-3021

NURSE MANDY JONES;
JAIL ADMINISTRATOR JASON
DAY; BOONE COUNTY SHERIFF
MIKE MOORE; and DR. LEE                                        DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Gregory D. Dees, filed this action pursuant to 42 U.S.C. § 1983. He proceeds

*pro se* and *in forma pauperis*.

On September 16, 2013 (Doc. 31, Doc. 32 & Doc. 33), Defendants filed a motion for

summary judgment. On November 26, 2013, an order (Doc. 37) was entered directing Plaintiff

to complete an attached notice regarding the summary judgment motion. The notice required

Plaintiff to state whether he would file a response to the summary judgment motion on his own

or was requesting the Court's assistance by the preparation of a questionnaire.

Plaintiff was directed to return the attached notice by December 26, 2013. Plaintiff was

advised (Doc. 37) that if he failed to return the attached notice by December 26, 2013, the case

would be subject to summary dismissal for failure to obey the order of this Court and failure to

prosecute this action.

To date, Plaintiff has not returned the notice. He has not requested an extension of time

to file the notice. The Court's order was sent to the address contained on the docket sheet. This

-1-

AO72A
(Rev. 8/82)

address was provided to the Court by Plaintiff.  The order and attached notice have not been returned as undeliverable.

I therefore recommend that this case be dismissed based on Plaintiff's failure to obey the order of the court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 20th day of February 2014.

/s/ *J. Marschewski*

 HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)