IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

GREGORY D. DEES                                                                PLAINTIFF

v.                                   Case No. 3:13-CV-03021

NURSE MANDY JONES; JAIL ADMINISTRATOR
JASON DAY; BOONE COUNTY SHERIFF MIKE
MOORE; and DR. LEE                                                          DEFENDANTS

## O R D E R

The Court has received proposed findings and recommendations (Doc. 38) from Chief United States Magistrate Judge James R. Marschewski.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute and failure to obey a Court order.

IT IS FURTHER ORDERED that any pending motions are DENIED AS MOOT.

Judgment will be entered accordingly.

IT IS SO ORDERED this 18th day of March, 2014.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE