IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

GREGORY D. DEES                                                                                    PLAINTIFF

v.                              Case No. 3:13-CV-03021

NURSE MANDY JONES; JAIL ADMINISTRATOR
JASON DAY; BOONE COUNTY SHERIFF MIKE
MOORE; and DR. LEE                                                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 18th day of March, 2014.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE